IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                                           PLAINTIFF
ADC #121521

V.                          NO. 5:05CV00089 SWW/JWC

DR. HERMAN JONAK, et al                                                  DEFENDANTS

### ORDER

By separate order under seal, the Court has directed the Clerk to prepare a new summons for Defendant Jonak, and the United States Marshal has been directed to serve copies of the original and supplemental complaints, with any attachments (docket entries #2, #4), a copy of this order, a copy of the docket sheet, and a summons on Defendant Jonak without prepayment of fees and costs or security therefor. Should Defendant Jonak need copies of other filed documents, they are available from the Clerk's office.

**The Clerk of the Court is directed to file the return of service as to Defendant Jonak under seal and must not mail a copy of the return of service to Plaintiff.**

DATED this 16th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE