IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                                                   PLAINTIFF
ADC #121521

V.                                          NO. 5:05CV00089 JWC

DR. HERMANN JONAK, et al                                                           DEFENDANTS

JUDGMENT

In accordance with the Court's order entered this date, judgment is entered for Defendants.  Plaintiff's case is DISMISSED WITHOUT PREJUDICE; and all pending motions are DENIED WITHOUT PREJUDICE AS MOOT.  Should Plaintiff wish to continue this case, he must submit the statutory filing fee of $250.00 to the Clerk of the Court, noting the case style and number, within thirty (30) days of today's date, along with a motion to reopen the case.  Only upon receipt of the motion and full payment, will this case be reopened.

The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from these findings and judgment entered hereunder, would not be taken in good faith.

IT IS SO ORDERED this 30th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE